UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSANNE MURPHY,

      Plaintiff,

v.

      Case No. 11-12425
      Hon. Gerald E. Rosen

HENRY FORD HEALTH SYSTEM
and KIMBERLY BROWN,

      Defendants.
_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     February 5, 2013

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

The Court having this day entered an opinion and order granting in part Defendants' motion for summary judgment, awarding summary judgment in Defendants' favor on Plaintiff's federal claims, and declining to retain jurisdiction over Plaintiff's remaining state-law claims,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the federal claims asserted by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.  IT IS FURTHER ORDERED that the remaining state-law claims asserted in Plaintiff's complaint are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1367(c)(3).

s/Gerald E. Rosen<br>Chief Judge, United States District Court

Dated:  February 5, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2013, by electronic and/or ordinary mail.

s/Julie Owens<br>Case Manager