# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROSANNE MURPHY,

      Plaintiff,

                                          Case No. 11-12425

v.                                          Hon. Gerald E. Rosen

HENRY FORD HEALTH SYSTEM
and KIMBERLY BROWN,

      Defendants.

_____/

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       February 5, 2013

      PRESENT:  Honorable Gerald E. Rosen
                          Chief Judge, United States District Court

      The Court having this day entered an opinion and order granting in part

Defendants' motion for summary judgment, awarding summary judgment in Defendants'

favor on Plaintiff's federal claims, and declining to retain jurisdiction over Plaintiff's

remaining state-law claims,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED that the federal claims asserted by Plaintiff against Defendants are

DISMISSED WITH PREJUDICE.  IT IS FURTHER ORDERED that the remaining

state-law claims asserted in Plaintiff's complaint are DISMISSED WITHOUT

PREJUDICE under 28 U.S.C. § 1367(c)(3).


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  February 5, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on February 5, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager